UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
Case No. 21-21507-CIV-WILLIAMS

DUNIA MORSE,

    Plaintiff,

v.

HACIENDA CARE VI, LP
d/b/a WEST GABLES HEALTH CARE CENTER,

    Defendant.
_____/

## ORDER

**THIS MATTER** is before the Court on Magistrate Judge Chris McAliley's Report and Recommendation (DE 16). In the Report, Magistrate Judge McAliley recommends granting the Motion to Remand (DE 7). Defendant filed no objections to the Report, and the time to do so has passed.

Having reviewed the Report, the record, and the applicable law, it is **ORDERED AND ADJUDGED** as follows:

1. The Report (DE 16) is **AFFIRMED AND ADOPTED**.

2. The Motion to Remand (DE 7) is **GRANTED**. This case is **REMANDED** to the Circuit Court of the Eleventh Judicial Circuit of Florida, in and for Miami-Dade County.

3. All pending motions are **DENIED AS MOOT**.

4. The Clerk is directed to **CLOSE** this case.

**DONE AND ORDERED** in Chambers in Miami, Florida, this 7th day of December, 2021.

KATHLEEN M. WILLIAMS
UNITED STATES DISTRICT JUDGE